***EFILED***
Case Number 2019L 001798
Date: 12/18/2019 2:19 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY K. VICK and STEVEN L. VICK, | ) ) ) | 2019L 001798 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERICAN MULTI-CINEMA, INC. and REALTY INCOME ILLINOIS PROPERTIES 3, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

COMES NOW Eric J. Carlson of the law firm of Byron Carlson Petri & Kalb, LLC and hereby enters his appearance as lead counsel on behalf of the Plaintiffs, MARY K. VICK and STEVEN L. VICK.

Respectfully submitted,

BYRON CARLSON PETRI & KALB, LLC

BY:    */s/ Eric J. Carlson*
         Eric J. Carlson, #06228973
         411 St. Louis Street
         P.O. Box 527
         Edwardsville, IL 62025
         (618) 655-0600
         (618) 655-4004 fax
         ejc@byroncarlson.com
         *Attorneys for Plaintiffs*

NOT AN OFFICIAL COPY

EXHIBIT A

***EFILED**
Case Number 2019L 00179
Date: 12/18/2019 2:19 PM
Mark Von Nid
Clerk of Circuit Cour
Third Judicial Circuit, Madison County Illinoi

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY K. VICK and<br>STEVEN L. VICK, | ) | |
| | ) | |
| Plaintiffs, | ) | 2019L 001798 |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### COUNT 1

NOW COMES Plaintiff, MARY K. VICK, by and through her undersigned attorney, Eric J. Carlson, of the law firm of Byron Carlson Petri & Kalb, LLC, and for her Complaint, pleading hypothetically and in the alternative pursuant to 735 ILCS 5/2-405(c) and 735 ILCS 5/2-613(b), against the Defendants, AMERICAN MULTI-CINEMA, INC. and/or REALTY INCOME ILLINOIS PROPERTIES 3, LLC, states as follows:

1.      That Plaintiff, MARY K. VICK, is a resident of Alhambra, Madison County, Illinois.

2.      That Defendant, AMERICAN MULTI-CINEMA, INC., does business operating movie theatres open to the members of the general public including a location known as AMC Theaters Edwardsville 12 located at 6633 Center Grove Road, Edwardsville, Madison County, Illinois.

3.      That Defendant, REALTY INCOME ILLINOIS PROPERTIES 3, LLC, owns the property located at 6633 Center Grove Road, Edwardsville, Madison County, Illinois.

5

EXHIBIT A

4.     That on or about January 13, 2018, Plaintiff, MARY K. VICK, was lawfully upon the property of the Defendants, AMERICAN MULTI-CINEMA, INC. and/or REALTY INCOME ILLINOIS PROPERTIES 3, LLC, to see a film in auditorium number 11.  Upon her arrival to the theatre, the lights had been dimmed, many seats were taken, the theatre was crowded, and the Plaintiff was entering the theatre behind other patrons.

5.     That within the theatre and walkway surfaces there was an elevated walkway surface with a single step or riser between the stairs or walkways for seating on the left and right sides of the auditorium.

6.     That it then and there became the duty of the Defendant(s) to see that the walking surfaces inside the theatre auditorium were reasonably safe for those lawfully on the property.

7.     That in violation of the aforesaid duty, the Defendant(s) carelessly and negligently caused and permitted the pathway with the single riser step to remain in a dangerous condition, although the Defendant(s) knew, or in the exercise of ordinary care, should have known of said condition.  Further, the Defendant(s) should have anticipated that persons on the premises would not discover or realize the danger or would otherwise fail to protect themselves against that danger while in a crowd and looking for a place to sit to watch a film.  To wit, the Defendant(s):

    a)   failed to make a reasonable inspection of the walkway surfaces; or

    b)   failed to properly warn the Plaintiff of the dangerous condition of the walkway surface; or

    c)   allowed the walkway surface to remain in a dangerous condition in that the crowded and darkened condition of the premises prevented the elevation change from being apparent; or

    d)   was otherwise negligent.

8.     That as a direct and proximate result of one or more of the above acts, the Plaintiff fractured her kneecap and ruptured her patella tendon when she fell at the elevation

EXHIBIT A

change on the walkway surface. Further, Plaintiff has experienced and continues to experience pain and suffering, and she has experienced and continues to experience loss of enjoyment of life and disability.

WHEREFORE, Plaintiff, MARY K. VICK, through her attorney, prays for judgment against the Defendants, AMERICAN MULTI-CINEMA, INC. and/or REALTY INCOME ILLINOIS PROPERTIES 3, LLC, individually and/or jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

**COUNT 2**
**(LOSS OF CONSORTIUM)**

COMES NOW Plaintiff, STEVEN L. VICK, by and through his attorneys, and pleading hypothetically and in the alternative pursuant to 735 ILCS 5/2-405(c) and 735 ILCS 5/2-613(b), against the Defendants, AMERICAN MULTI-CINEMA, INC. and/or REALTY INCOME ILLINOIS PROPERTIES 3, LLC, states as follows:

1.     Plaintiff, STEVEN L. VICK, was and continues to be the husband of the Plaintiff, MARY K. VICK.

2.     Plaintiff, STEVEN L. VICK, repeats, re-alleges, and incorporates herein paragraphs 1 through 8 of Count 1 as and for paragraph 2 of Count 2 herein.

3.     As a result of the injuries sustained by his wife, Plaintiff, STEVEN L. VICK, has been and will continue to be deprived of his wife's society and services, including but not limited to support, devotion, care, society, companionship, and consortium.

WHEREFORE, Plaintiff, STEVEN L. VICK, prays this Court to enter a judgment against the Defendants, AMERICAN MULTI-CINEMA, INC. and/or REALTY INCOME ILLINOIS PROPERTIES 3, LLC, individually and/or jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

19-L-_____
Page 3 of 5

7

# EXHIBIT A

Respectfully submitted,

BYRON CARLSON PETRI & KALB, LLC

BY:  */s/ Eric J. Carlson*
     Eric J. Carlson, #06228973
     411 St. Louis Street
     P.O. Box 527
     Edwardsville, IL 62025
     (618) 655-0600
     (618) 655-4004 fax
     ejc@bcpklaw.com
     *Attorneys for Plaintiffs*

8

**EXHIBIT A**

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY K. VICK and | ) | |
| STEVEN L. VICK, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 19-L-_____ |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | |
| LLC, | ) | |
| | ) | |
|     Defendants. | ) | |

## AFFIDAVIT

COMES NOW Eric J. Carlson, being duly sworn upon his oath, and states to the Court as follows:

1.    That I am one of the attorneys of record for the Plaintiffs, MARY K. VICK and STEVEN L. VICK, and it is my belief that Plaintiffs' damages are in excess of $50,000.00, based upon my investigation to date.

FURTHER AFFIANT SAYETH NOT.

_____
Eric J. Carlson

SUBSCRIBED AND SWORN TO before me this _13th_ day of December, 2019.

_____
Notary Public

19-L-_____
Page 5 of 5

9

EXHIBIT A

DEC 3 0 2019

EXHIBIT A

December 19, 2019

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2019 L 001798

MARY K. VICK

       Plaintiff(s)

   VS.

AMERICAN MULTI CINEMA INC

       Defendant(s)

FILED
DEC 18 2019
CLERK OF CIRCUIT COURT #77
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable DAVID W. DUGAN for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: December 18, 2019

s/Bill Mudge
Chief Judge

EXHIBIT A

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| MARY K. VICK and | ) | **2019L 001798** |
| STEVEN L. VICK, | ) |  |
|  | ) |  |
| Plaintiffs, | ) | No. 19-L-_____ |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| AMERICAN MULTI-CINEMA, INC. and | ) | **Serve at:** |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | Realty Income Illinois Properties 3, LLC |
| LLC, | ) | Illinois Corporation Service Company, R/A |
|  | ) | 801 Adlai Stevenson Drive |
|  | ) | Springfield, IL 62703 |
| Defendants. | ) |  |

## SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS -- You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the clerk of this Court (located at 155 North Main Street, Edwardsville, IL 62025), within 30 days after service of this Summons, exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

TO THE OFFICER:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after the day issued.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider.
Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider.   If   you   need   additional   help   or   have   trouble   e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**.

12/18/2019

Eric J. Carlson, 06228973
411 St. Louis Street
P.O. Box 527
Edwardsville, IL  62025
ejc@byroncarlson.com
(618) 656-0600

/s/ Mark Von Nida
**Clerk of the Circuit Court**

/s/ Terianne Edwards

Date of Service:_____

30 DAY SUMMONS

EXHIBIT A

(To be inserted by officer on copy left with Defendant or other person)



EXHIBIT A

STATE OF            )                              Sheriff's Fees: Mileage:_____

                                ) SS                        Service:_____

COUNTY OF         )                              Return:_____

                                                          TOTAL:_____

## **SERVICE**

I certify that I served this summons on defendant as follows:
(Check appropriate box, and complete information below.)

☐    (a)    (Individual defendants - personal)
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐    (b)    (Individual defendants - abode)
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐    (c)    (Corporation defendants)
By leaving a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐    (d)    (Other service)

☐    Defendant not found in my County.

Name of Defendant_____   Date of Service:_____

Name of Person
Summons Given To_____   Time:_____

Sex:_____ Race:_____   Approximate Age:_____ Date of Mailing:_____

Place of Service:_____   Notes, Other:_____

_____ Sheriff, by: _____Deputy.

30 DAY SUMMONS

**EXHIBIT A**

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY K. VICK and<br>STEVEN L. VICK, | ) | **2019L 001798** |
| | ) | |
| Plaintiffs, | ) | No. 19-L-_____ |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | **Serve at:** |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | American Multi-Cinema, Inc. |
| LLC, | ) | Corporate Creations Network, Inc., R/A |
| | ) | 350 S. Northwest Highway, #300 |
| | ) | Park Ridge, IL 60068 |
| Defendants. | ) | |

## SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS -- You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the clerk of this Court (located at 155 North Main Street, Edwardsville, IL 62025), within 30 days after service of this Summons, exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

TO THE OFFICER:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after the day issued.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider.
Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

12/18/2019

/s/ Mark Von Nida
Clerk of the Circuit Court

Eric J. Carlson, 06228973
411 St. Louis Street
P.O. Box 527
Edwardsville, IL  62025
ejc@byroncarlson.com
(618) 656-0600

/s/ Terianne Edwards

Date of Service: _h/3.1_

30 DAY SUMMONS

3

**EXHIBIT A**

STATE OF                )

                       ) SS

COUNTY OF         )

Sheriff's Fees: Mileage:_____

                 Service:_____

                 Return:_____

                 TOTAL:_____

## SERVICE

I certify that I served this summons on defendant as follows:
(Check appropriate box, and complete information below.)

☐    (a)     (Individual defendants - personal)
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐    (b)     (Individual defendants - abode)
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐    (c)     (Corporation defendants)
By leaving a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐    (d)     (Other service)

☐        Defendant not found in my County.

Name of Defendant_____ Date of Service:_____

Name of Person
Summons Given To_____ Time:_____

Sex:_____ Race:_____ Approximate Age:_____ Date of Mailing:_____

Place of Service:_____ Notes, Other:_____

_____ Sheriff, by: _____Deputy.

30 DAY SUMMONS

EXHIBIT A

***EFILED***
Case Number 2019L 001798
Date: 1/6/2020 4:05 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| MARY K. VICK and STEVEN L. VICK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 19-L-1798 |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and REALTY INCOME ILLINOIS PROPERTIES 3, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING RETURN OF SERVICE**</u>

COME NOW Plaintiffs, Mary K. Vick and Steven L. Vick, and hereby provide Notice that Defendant, Realty Income Illinois Properties 3, LLC, was duly served with a summons and copy of complaint in the above styled lawsuit on December 30, 2019. A copy of the executed Summons is attached.

BYRON CARLSON PETRI & KALB, LLC

By: _/s/ Eric J. Carlson_
    Eric J. Carlson, #06228973
    411 St. Louis Street
    P O Box 527
    Edwardsville, IL 62025
    (618) 656-0066
    (618) 655-4004 fax
    ejc@byroncarlson.com

EXHIBIT A

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

2019L 001798

| | | |
|---|---|---|
| MARY K. VICK and<br>STEVEN L. VICK, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 19-L-_____ |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | **Serve at:** |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | Realty Income Illinois Properties 3, LLC |
| LLC, | ) | Illinois Corporation Service Company, R/A |
| | ) | 801 Adlai Stevenson Drive |
| | ) | Springfield, IL 62703 |
| Defendants. | ) | |

## SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS -- You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the clerk of this Court (located at 155 North Main Street, Edwardsville, IL 62025), within 30 days after service of this Summons, exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

TO THE OFFICER:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after the day issued.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider.
Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider.   If   you   need   additional   help   or   have   trouble   e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**.

12/18/2019

Eric J. Carlson, 06228973
411 St. Louis Street
P.O. Box 527
Edwardsville, IL  62025
ejc@byroncarlson.com
(618) 656-0600

**/s/ Mark Von Nida**
**Clerk of the Circuit Court**

/s/ Terianne Edwards

Date of Service:   12/30/2019

30 DAY SUMMONS

EXHIBIT A

ClientCaseID:                    58444                    CaseReturnDate:   12/28/19

Affidavit of  A PRIVATE INVESTIGATOR

## MADISON COUNTY, STATE OF ILLINOIS, CIRCUIT COURT

Case Number 2019-L-001798

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND
LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  REALTY INCOME ILLINOIS PROPERTIES 3, LLC.
PERSON SERVED  TYLER FUCHS, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 12/30/19

That the sex, race and approximate age of the whom I left the   SUMMONS & COMPLAINT
are as follow:

Sex   MALE     Race   WHITE        Age   24     Height   6'0"        Build   MEDIUM        Hair   BRN

LOCATION OF SERVICE    801   ADLAI STEVENSON DR.
                       SPRINGFIELD, IL, 62703

Date Of Service    12/30/19           Time of Service    11:18 AM

                                                    JOHN  PENNELL                    12/31/2019

                                                    A PRIVATE INVESTIGATOR

                                                    PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such
matters the undersigned certifies as aforesaid that he/she verily believes same to be true

EXHIBIT A

\*\*\*EFILED\*\*\*
Case Number 2019L 001798
Date: 1/17/2020 2:20 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| MARY K. VICK and<br>STEVEN L. VICK,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN MULTI-CINEMA, INC. and<br>REALTY INCOME ILLINOIS PROPERTIES 3,<br>LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 19-L-1798<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING RETURN OF SERVICE

COME NOW Plaintiffs, Mary K. Vick and Steven L. Vick, and hereby provide Notice that

Defendant, American Multi-Cinema, Inc., was duly served with a summons and copy of complaint

in the above styled lawsuit on December 30, 2019. A copy of the executed Summons is attached.

BYRON CARLSON PETRI & KALB, LLC

By: _/s/ Eric J. Carlson_
    Eric J. Carlson, #06228973
    411 St. Louis Street
    P O Box 527
    Edwardsville, IL 62025
    (618) 656-0066
    (618) 655-4004 fax
    ejc@byroncarlson.com

EXHIBIT A

IN THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY K. VICK and<br>STEVEN L. VICK, | ) | **2019L 001798** |
| | ) | |
| Plaintiffs, | ) | No. 19-L-_____ |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | **Serve at:** |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | American Multi-Cinema, Inc. |
| LLC, | ) | Corporate Creations Network, Inc., R/A |
| | ) | 350 S. Northwest Highway, #300 |
| | ) | Park Ridge, IL 60068 |
| Defendants. | ) | |

### SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS -- You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the clerk of this Court (located at 155 North Main Street, Edwardsville, IL 62025), within 30 days after service of this Summons, exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

TO THE OFFICER:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after the day issued.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**

12/18/2019

/s/ Mark Von Nida
**Clerk of the Circuit Court**

/s/ Terianne Edwards

Eric J. Carlson, 06228973
411 St. Louis Street
P.O. Box 527
Edwardsville, IL  62025
ejc@byroncarlson.com
(618) 656-0600

Date of Service:   12/30/2019

30 DAY SUMMONS

EXHIBIT A

# IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

**Mary K. Vick and Steven L. Vick**
Plaintiff(s),

Case No.:**2019 L 001798**

**AFFIDAVIT OF SERVICE**

vs.

**American Multi-Cinema, Inc., et al.**
Defendant(s),

I, **Ryan Flaska**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons and Complaint**

Defendant to be served: **American Multi-Cinema, Inc., c/o Corporate Creations Network, Inc., Registered Agent**

Address where served: **350 South Northwest Highway, Suite 300, Park Ridge, IL 60068**

On **December 30, 2019** at **12:21 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Kristine Eisele**, (Title) **Authorized Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **56** - Height: **5ft 6in** - Weight: **135**

Comments: Signature obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Ryan Flaska**

State of _____ IL _____

County of _____ Cook _____

Subscribed and Sworn to before me on this

_31_ day of _DEC_ , 20 _19_

_____
Signature of Notary Public

Job: 527027
File:

OFFICIAL SEAL
ALLAN FREEMAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 08/27/2022

EXHIBIT A

***EFILED***
Case Number 2019L 001798
Date: 1/24/2020 3:40 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| MARY K. VICK and STEVEN L. VICK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No. 2019-L-001798 |
| v. | ) | |
| | ) | |
| AMERICAN MULTI-CINEMA, INC. and | ) | |
| REALTY INCOME ILLINOIS PROPERTIES 3, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

NOW COME Kyle Christopher Oehmke and Blair Keltner of the law firm of Hinshaw &

Culbertson LLP and hereby file their appearance as attorneys of record on behalf of Defendants,

AMERICAN MULTI-CINEMA, INC. and REALTY INCOME ILLINOIS PROPERTIES 3,

LLC.

Dated:   January 24th, 2020                    ATTORNEYS FOR DEFENDANTS
                                               AMERICAN MULTI-CINEMA, INC. AND
                                               REALTY INCOME ILLINOIS PROPERTIES
                                               3, LLC

                                               HINSHAW & CULBERTSON LLP


                                    By:   /s/ Kyle Christopher Oehmke
                                             One of Their Attorneys

Kyle Christopher Oehmke 06300461
koehmke@hinshawlaw.com
Blair P. Keltner 06320906
bkeltner@hinshawlaw.com
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
Phone: 618-277-2400
Fax: 618-277-1144

No. 2019-L-001798          Page 1 of 2

1027419\304948385.v1


EXHIBIT A

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2020, I caused the Defendants' **Notice of Appearance** to be electronically filed with the clerk of the Court through the CM/ECF system with a copy of the same to be served by electronic mail to the following:

Eric J. Carlson
411 St. Louis St.
P.O. Box 527
Edwardsville, IL 62025
ejc@byroncarlson.com
***Attorney for Plaintiffs***

_____ /s/ Kyle Christopher Oehmke _____

1027419\304948385.v1

EXHIBIT A

***EFILED***
Case Number 2019L 001798
Date: 1/24/2020 3:40 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

MARY K. VICK and STEVEN L. VICK,       )
                                       )
          Plaintiffs,                  )
                                       )          Cause No. 2019-L-001798
v.                                     )
                                       )
AMERICAN MULTI-CINEMA, INC. and        )
REALTY INCOME ILLINOIS PROPERTIES 3,   )
LLC,                                   )
                                       )
          Defendants.                  )

## DEMAND FOR TRIAL BY JURY OF TWELVE

NOW COME Defendants, AMERICAN MULTI-CINEMA, INC. and REALTY INCOME ILLINOIS PROPERTIES 3, LLC, by and through their undersigned attorneys, Hinshaw & Culbertson LLP, and hereby demand trial by jury of twelve.

Dated:   January 24th, 2020_____

ATTORNEYS FOR DEFENDANTS
AMERICAN MULTI-CINEMA, INC. AND
REALTY INCOME ILLINOIS PROPERTIES
3, LLC

HINSHAW & CULBERTSON LLP

By:   /s/ Kyle Christopher Oehmke_____
        One of Their Attorneys

Kyle Christopher Oehmke 06300461
koehmke@hinshawlaw.com
Blair P. Keltner 06320906
bkeltner@hinshawlaw.com
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
Phone: 618-277-2400
Fax: 618-277-1144

1027419\304948404.v1

EXHIBIT A

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24th, 2020, I caused the Defendants' **Demand for Trial By Jury of Twelve** to be electronically filed with the clerk of the Court through the CM/ECF system and served on the below parties by electronic mail:

Eric J. Carlson
411 St. Louis St.
P.O. Box 527
Edwardsville, IL 62025
ejc@byroncarlson.com
***Attorney for Plaintiffs***

/s/ Kyle Christopher Oehmke

1027419\304948404.v1

EXHIBIT A