IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY K. VICK and
STEVEN L. VICK,

Plaintiffs,

v.

AMERICAN MULTI-CINEMA, INC.,

Defendant.

Case No. 20-cv-116 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/8/2023**                    MONICA A. STUMP, Clerk of Court

                                                         *s/ Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**